IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-705-MOC-DCK

| | |
|---|---|
| JEANNAH MOHEAD, | )<br>) |
| Plaintiff, | )<br>) **ORDER** |
| v. | )<br>) |
| CHARTER COMMUNICATIONS, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Local Counsel Steven A. Bader on September 13, 2024.

Applicant Stephanie A. Milner seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Stephanie A. Milner is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 13, 2024

David C. Keesler
United States Magistrate Judge